In the Matter of the Claim of JOSEPHINE SCHWARTZOTT, Respondent, v. ERIE COUNTY HIGHWAY DEPARTMENT, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decedent suffered from poison ivy poisoning, and later from another skin infection resulting therefrom, and died thereof on September 11, 1933. The amendment to section 10 of the Workmen's Compensation Law as to relief workers, in effect May 21, 1934, was not retroactive, as to this case, and did not affect claimant's rights which became fixed at the death of dece-

dent. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.